FISHER v. STATE. (No. 4665.)

(Court of Criminal Appeals of Texas. Oct. 31, 1917.)

CRIMINAL LAW &roman;1124(3)—APPEAL—RECORD —MATTERS PRESENTED FOR REVIEW.

The denial of a motion for a new trial for newly discovered evidence cannot be considered on appeal, where the evidence is not brought up.

Appeal from District Court, Ft. Bend County; Samuel J. Styles, Judge.

Marcus Fisher was convicted of murder, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of murder, his punishment assessed at ten years' confinement in the penitentiary.

The record is without statement of facts-as well as without bills of exception. So far as we can ascertain from the record, there was no error committed. The motion for new trial sets up the fact that there was newly discovered testimony. It is unnecessary to undertake to discuss that question without the evidence.

The judgment is affirmed.

---

HAMILTON v. STATE. (No. 4651.)

(Court of Criminal Appeals of Texas. Oct. 31, 1917.)

CRIMINAL LAW &roman;1090(1)—APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—NECESSITY.

Where the indictment is apparently regular, there is nothing to review in the absence of a statement of facts, or bills of exceptions.

Appeal from Criminal District Court, Williamson County; James R. Hamilton, Judge.

Joe Hamilton was convicted of robbery, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. The conviction under the indictment is for robbery, and penalty fixed at confinement in the state penitentiary for seven years.

The indictment appears regular, and in the absence of statement of facts or bills of exceptions we find nothing to review.

The judgment is affirmed.